COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GUILLERMO ACOSTA and JOSE MOLINA, | § | No. 08-24-00099-CV |
| | § | Appeal from the |
| Appellants, | § | 261st District Court |
| v. | § | of Travis County, Texas |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, | § | (TC# D-1-GN-24-001726) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of February 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.